```
                                                        FILED
                   UNITED STATES DISTRICT COURT
                                                  2012 AUG 15  PM 2:56
                   SOUTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,      )   Case No. 12CR0444-JLS
                Plaintiff, )
     v.                        )   **ORDER AND JUDGMENT TO DISMISS**
MARLENE TOLEDO (1),             )
                Defendant. )

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the underlying Indictment and the Superseding Indictment in the above-referenced case are dismissed without prejudice as to defendant MARLENE TOLEDO.

**IT IF FURTHER ORDERED** that defendant MARLENE TOLEDO be released from the custody of the United States Marshals Service.

**SO ORDERED.**

DATED: Aug 15, 2012.

HON. JANIS L. SAMMARTINO
United States District Court Judge